1  Matthew P. Minser, Esq. (SBN 296344)
   Allan D. Shuldiner, Esq. (SBN 252259)
2  SALTZMAN & JOHNSON LAW CORPORATION
3  1141 Harbor Bay Parkway, Suite 100
   Alameda, CA 94502
4  Telephone: (510) 906-4710
   Email: mminser@sjlawcorp.com
5  Email: ashuldiner@sjlawcorp.com

6  Attorneys for Plaintiffs, District Council 16
7  Northern California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMBOS GLASS, INC., a Nevada Corporation, <br><br> Defendant. | Case No. 3:20-cv-03953 JSC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et. al., voluntarily dismiss, without prejudice, their claim against Defendant Combos Glass, Inc. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

DATED: December 23, 2021         SALTZMAN & JOHNSON LAW CORPORATION

                                 By:         /S/
                                    Allan D. Shuldiner
                                    Attorneys for District Council 16 Northern California
                                    Health and Welfare Trust Fund, et al.

1

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No. 3:20-cv-03953 JSC**                    P:\CLIENTS\GLACL\Combos Glass\Pleadings\Notice of Voluntary Dismissal.docx

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, the undersigned, declare: |
| 3 | 1. I am a citizen of the United States and am employed in the County of Alameda, State of |
| 4 | California. My business address is 1141 Harbor Bay Parkway, Suite 100, Alameda, California 94502. |
| 5 | 2. I am over the age of eighteen and not a party to this action. |
| 6 | 3. On **December 23, 2021**, I served the following document(s): |
| 7 | **NOTICE OF VOLUNTARY DISMISSAL** |
| 8 | on the interested parties in said action by enclosing a true and exact copy of each document in an |
| 9 | envelope and depositing the sealed envelope with the United States Postal Service in a sealed envelope |
| 10 | with first class postage fully prepaid. |
| 11 | 4. The envelope was addressed and mailed as follows: |

**Combos Glass, Inc.**
**c/o Kathleen Thrasher, Agent for Service of Process**
**3704 Barham Blvd. E102**
**Los Angeles, CA 90068-1033**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **December 23, 2021,** at Alameda, California.

/S/
Nargis Shaghasi
Paralegal

1

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No. 3:20-cv-03953 JSC**        P:\CLIENTS\GLACL\Combos Glass\Pleadings\Notice of Voluntary Dismissal.docx